FILED
2013 Feb-25 PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ANGELA GIBSON HART, a/k/a Angela Gibson, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case Number: 7:12-CV-3844-SLB |
| ADMIN RECOVERY, L.L.C., ) ) | |
| Defendant. ) | |

## DISMISSAL ORDER

The court has been advised by counsel that this case has settled. Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the case upon good cause shown within sixty (60) days, or to submit a stipulated form of final judgment within sixty (60) days.

**DONE**, this 25th day of February, 2013.



SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE